**Electronically Filed
Supreme Court
SCPW-20-0000556
08-OCT-2020
11:56 AM**

SCPW-20-0000556

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF ALEX RODRIGUEZ AND
OTHER INDIVIDUALS SIMILARLY SITUATED IN THE
CUSTODY OF THE STATE OF HAWAIʻI, Petitioners.

---

ORIGINAL PROCEEDING

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, and McKenna, JJ.,
and Intermediate Court of Appeals Chief Judge Ginoza,
assigned by reason of vacancy, with Wilson, J., dissenting[1])

Upon consideration of petitioner Alex Rodriguez's motion for reconsideration, filed on October 5, 2020, and the record,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, October 8, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Lisa M. Ginoza

---

[1] A dissent by Wilson, J., is forthcoming.